UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 23-cv-21379-BLOOM/Otazo-Reyes**

CHRISTOPHER DRUMMOND,

    Plaintiff,

v.

MOHAMMED ALSALOUSSI, *individually*; YELLOW HAMMOCK LLC, *a Delaware limited liability company*; 775 NE 77TH TERRACE LLC, *a Florida limited liability company*; ALSALOUSSI ESTATE LLC, *a Florida limited liability company*; *and* ALSALOUSSI HOLDINGS, LLC, *a Florida limited liability company, jointly and severally*; LC 04 SPECIAL, LLC, *a Delaware limited liability company*, *and* VELOCITY COMMERCIAL CAPITAL, LLC;

    Defendants.

_____/

## ORDER RELEASING *SUPERSEDEAS* BOND

**THIS CAUSE** is before the Court upon limited remand from the Eleventh Circuit. ECF No. [124]. On November 12, 2025, the Eleventh Circuit remanded to this Court "for the limited purpose of the district court ruling as indicated in its September 5, 2025, order." *Id.* at 3. On September 5, 2025, this Court indicated that it would release Plaintiff's *supersedeas* bond "if the case were remanded from the Eleventh Circuit because the Court does not have subject matter jurisdiction to continue holding the bond." ECF No. [120] at 12. The Eleventh Circuit having issued a limited remand, in accordance with the Court's indicative ruling, it is it is **ORDERED AND ADJUDGED** that the Clerk of Court **RELEASE** Plaintiff's *supersedeas* bond, **ECF No. [95]**.

Case No. 23-cv-21379-BLOOM/Otazo-Reyes

**DONE AND ORDERED** in Chambers at Miami, Florida on November 20, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record