UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-21379-BLOOM/Otazo-Reyes

CHRISTOPHER DRUMMOND,

    Plaintiff,

v.

MOHAMMED ALSALOUSSI,
*individually*; YELLOW HAMMOCK
LLC, *a Delaware limited liability
company*; 775 NE 77TH TERRACE
LLC, *a Florida limited liability company*;
ALSALOUSSI ESTATE LLC, *a Florida
limited liability company*; *and* ALSALOUSSI
HOLDINGS, LLC, *a Florida limited
liability company, jointly and severally*; LC
04 SPECIAL, LLC, *a Delaware limited
liability company*, *and* VELOCITY
COMMERCIAL CAPITAL, LLC;

    Defendants.
_____/

## AMENDED ORDER RELEASING *SUPERSEDEAS* BOND

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Issuance of Amended Order Authorizing Release of *Supersedeas* Bond ("Motion"), ECF No. [127], filed on December 8, 2025. On November 12, 2025, the Eleventh Circuit remanded to this Court "for the limited purpose of the district court ruling as indicated in its September 5, 2025, order." ECF No. [124] at 3. On November 21, 2025, in accordance with its indicative ruling, the Court entered its Order Releasing *Supersedeas* Bond and directed the Clerk of Court to release Plaintiff's *supersedeas* bond ("Order"). ECF No. [126] at 1 (citing ECF No. [95]). Plaintiff states that, upon presenting the Order to the Clerk of Court, "the Clerk instructed that the order must contain additional information to effectuate the release of the bond. Specifically, the Clerk instructed that the order must include:

Case No. 23-cv-21379-BLOOM/Otazo-Reyes

(1) the payee's name, and (2) instructions for the release of any accrued interest." ECF No. [127] ¶ 7. The Court has considered the Motion, the record, the applicable law, and is otherwise fully advised. Accordingly, it is it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Issuance of Amended Order Authorizing Release of Supersedeas Bond, **ECF No. [127],** is **GRANTED**. The Order Releasing *Supersedeas* Bond, **ECF No. [126],** is **AMENDED** to state:

**THIS CAUSE** is before the Court upon limited remand from the Eleventh Circuit. ECF No. [124]. On November 12, 2025, the Eleventh Circuit remanded to this Court "for the limited purpose of the district court ruling as indicated in its September 5, 2025, order." *Id*. at 3. On September 5, 2025, this Court indicated that it would release Plaintiff's *supersedeas* bond "if the case were remanded from the Eleventh Circuit because the Court does not have subject matter jurisdiction to continue holding the bond." ECF No. [120] at 12. The Eleventh Circuit having issued a limited remand, in accordance with the Court's indicative ruling, it is **ORDERED AND ADJUDGED** that the Clerk of Court **RELEASE** Plaintiff's *supersedeas* bond, **ECF No. [95],** in the deposited amount of $9,550,000.00, plus any accrued interest, and disburse those funds to Christopher Drummond.

**DONE AND ORDERED** in Chambers at Miami, Florida on December 8, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to: Counsel of Record